# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ALONZO LAMAR BRADLEY,<br><br>              Petitioner,<br><br>   v.<br><br>MARGARET GILBERT,<br><br>             Respondent. | No. C13-5331 RBL/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this 2nd day of May, 2013.

                                          Karen L. Strombom
                                          United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1